UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| WILLIE WAIR, III, | Civil No. 21-2601 (JRT/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| TRACY BELTZ, et al., | |
| Respondents. | |

---

Willie Wair, III, OID #231548, MCF-Faribault, 1101 Linden Lane, Faribault, MN 55021, *pro se* petitioner.

Matthew Frank, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, for respondents.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated May 31, 2022, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated: July 22, 2022
at Minneapolis, Minnesota

_____s/John R. Tunheim_____
JOHN R. TUNHEIM
United States District Court